UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Wesley L. Clarke )<br>      Plaintiff/Counter-Defendant )<br>)<br>v. )<br>)<br>Berkley Assurance Company )<br>      Defendant/Counter-Plaintiff )<br>)<br>Berkley Assurance Company )<br>      Third-Party Plaintiff )<br>)<br>v. )<br>)<br>The Estate of James McBee )<br>      Third-Party Defendant )<br>) | Civil Action No. 19-CV-00577 (DLF) |

## **ORDER**

The Court having considered the Motion for Leave of Court to Take Deposition by Oral Examination of Wesley L. Clarke, the record herein, any opposition thereto, and it appearing that the requested relief should be granted;

It is this ____ day of _____, 2019, hereby Ordered that:

1. The Motion is granted.

2. The matters sought to be discovered in the deposition shall be taken to be established for the purposes of the action in accordance with the claims of the Third-Party Defendant

3. Mr. Clarke cannot oppose any of the claims in the Counterclaim filed by the Third-Party Defendant

4. A judgment by default is entered against Mr. Clarke and all relief sought by the Third-Party Defendant is granted

7

5. Wesley Clarke must pay the reasonable costs and expenses, including attorneys' fees, the expenses of Thomas McBee for attending the deposition, and the fees of the court reporter, caused by the failure to attend the deposition within 30 days of this order.

SO ORDERED:

_____
Judge, Superior Court of the District of Columbia

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, DC  20006

Wesley L. Clarke, Esq.
1629 K Street, N.W. Suite 300
Washington, DC 20006

Wesley L. Clarke, Esq.
12142 Hayland Farm Way
Ellicott City, MD 21042

Berkley Assurance Corporation
c/o William H. White, Jr.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W.
Suite 800
Washington, DC 20036